UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00221-JAD-GWF |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot for Travel – ECF No. 152) |
| ERICA CALDWELL, | |
| Defendant. | |

Before the court is Erica Caldwell's Motion to Allow Out of State Travel (ECF No. 152) which was referred to the undersigned judge by the district court judge. The court has considered the motion and the government's Response (ECF No. 158).

The motion requests that Caldwell be able to travel to Buena Park, California, from April 19, 2019 to April 21, 2019. Counsel as spoken to Pretrial Services Officer Zack Bowen who has no objection to the request. Since her initial pretrial release on July 18, 2017, Caldwell has been fully compliant with all the terms of her pretrial conditions. She has also completed high school and obtained full-time work while on pretrial conditions. She is currently taking college courses in order to further her education. She will continue to abide by all the terms of her release conditions and ask for permission before doing something that could jeopardize her freedom.

The government submits this request to the court's discretion. In the event the request is granted, the government requests that all other conditions of pretrial release remain in place.

Having reviewed and considered the matter,

**IT IS ORDERED** that Erica Caldwell's Motion to Allow Out of State Travel (ECF No. 152) **is GRANTED.**

**IT IS FURTHER ORDERED** all other conditions of pretrial release shall remain in effect, and Ms. Caldwell shall provide her supervising pretrial services officer with the details of her travel and living arrangements prior to her departure.

DATED this 10th day of April 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE