IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:17-cr-00221-JAD-EJY |
| Plaintiff, | ) |
| | ) ORDER TEMPORARILY |
| vs. | ) UNSEALING PROCEEDING |
| | ) |
| ERICA CALDWELL (3), | ) |
| | ) |
| Defendant. | ) |
| | ) |

On December 30, 2019, this Court received a request from Felicia Zabin, Court Reporter, for a transcript of the sealed hearing on August 29, 2018.

**IT IS THEREFORE ORDERED** that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by CHRISTOPHER BURTON. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representative of the parties directly concerned with this case.

**DATED** this 30th day of December, 2019

_____
JENNIFER A. DORSEY
United States District Court Judge