# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Erica Caldwell,

    Defendant

Case No.: 2:17-cr-00221-JAD-EJY

**Order Unsealing Certain Documents Relating to Erica Caldwell**
**[ECF No. 185]**

On January 6, 2020, the Government filed a sealed motion to unseal certain documents relating to Erica Caldwell for the purposes of producing said documents to the remaining codefendants pending trial [ECF No. 185]. Caldwell filed her sealed response at [ECF No. 193].

Good cause appearing, IT IS HEREBY ORDERED that the government's request to unseal certain documents [185] is GRANTED in part. The Clerk of Court is directed to UNSEAL ECF Nos. 91, 92, 122, 123, 125, 126. Additionally, the transcripts of the proceedings at ECF Nos 91 and 126 are ORDERED UNSEALED.

IT IS FURTHER ORDERED that the Clerk must provide the government with a copy of the sealed agreement.

DATED: January 10, 2020.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE