Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
ERICA CALDWELL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ERICA CALDWELL<br>  Defendants. | CASE NO.: 2:17-cr-00221-JAD-GWF<br><br>STIPULATION TO PERMIT OUT OF STATE TRAVEL |

### STIPULATION TO PERMIT ONE TIME OUT OF STATE TRAVEL

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Burton, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq., Counsel for Defendant ERICA CALDWELL, that Ms. Caldwell be permitted to travel to visit her ill grandmother in California the weekend of October 23rd – October 25th. Counsel for the Defendant and the United States have consulted with Ms. Caldwell's Pre-Trial Services Officer, Jessie Moorehead, who has no objection to Ms. Caldwell's requested travel.

DATED: September 28, 2020.

| | |
|---|---|
| _/s/ Christopher Burton_<br>**Christopher Burton, Esq.**<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South #500<br>Las Vegas, Nevada 89101 | ___/s/ Maysoun Fletcher_____<br>**Maysoun Fletcher, Esq.**<br>5510 South Fort Apache Road<br>Las Vegas, Nevada 89148<br>Attorney for Defendant, Erica Caldwell |

**ORDER**

IT IS HEREBY ORDERED that Ms. Erica Caldwell is permitted to travel to California October 23rd – Oct. 25, 2020 to visit her grandmother and that Ms. Caldwell must provide her travel itinerary to Pre-Trial Services prior to her travel.

IT IS SO ORDERED.

DATED this 29th day of September, 2020.

_____
U.S. MAGISTRATE JUDGE

2