Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
ERICA CALDWELL

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ERICA CALDWELL<br>           Defendants. | CASE NO.: 2:17-cr-00221-JAD-GWF<br><br>**AMENDED** STIPULATION TO PERMIT OUT OF STATE TRAVEL |

## **AMENDED STIPULATION TO PERMIT OUT OF STATE TRAVEL**

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Burton, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq., Counsel for Defendant ERICA CALDWELL, that Ms. Caldwell be permitted to travel to visit her ill grandmother in California the weekend of November 12th – November 15th. Ms. Caldwell is unable to travel on the original dates requested in the parties' Stipulation [ECF No. 243], October 23rd-25th, 2020, due to employment training she is receiving. Counsel for the Defendant and the United States have consulted with Ms. Caldwell's Pre-Trial Services Officer, Jessie Moorehead, who has no objection to Ms. Caldwell's requested travel.

DATED: September 29, 2020.


 */s/ Christopher Burton*                                */s/ Maysoun Fletcher*
*Christopher Burton, Esq.*                            *Maysoun Fletcher, Esq.*
Assistant United States Attorney                    5510 South Fort Apache Road
501 Las Vegas Boulevard South #500         Las Vegas, Nevada 89148
Las Vegas, Nevada 89101                            Attorney for Defendant, Erica Caldwell

# **ORDER**

IT IS HEREBY ORDERED that Ms. Erica Caldwell is permitted to travel to California November 12, 2020 – November 15, 2020 to visit her grandmother and that Ms. Caldwell must provide her travel itinerary to Pre-Trial Services prior to her travel.

IT IS SO ORDERED.

DATED this 29th day of September, 2020.

_____
U.S. MAGISTRATE JUDGE