Maysoun Fletcher, Esq.
Nevada Bar No. 10041
The Fletcher Firm, P.C.
5510 South Fort Apache Rd.
Las Vegas, Nevada 89148
Telephone: (702) 835-1542
Facsimile: (702) 835-1559
maf@fletcherfirmlaw.com
Attorney for Defendant,
ERICA CALDWELL

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>vs.<br>ERICA CALDWELL<br>　　　　Defendants. | CASE NO.: 2:17-cr-00221-JAD-EJY<br><br>STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITION |

### STIPULATION TO MODIFY PRE-TRIAL RELEASE CONDITION

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Burton, Assistant United States Attorney, Counsel for UNITED STATES OF AMERICA, and Maysoun Fletcher, Esq., Counsel for Defendant ERICA CALDWELL, that Ms. Caldwell's conditions of pre-trial release (ECF 20) be modified as follows: Condition Number 20 should be replaced with

"Travel is restricted to the states of Nevada and California, unless pre-approved by Pre-Trial Services. Pre-Trial Services requires one-week notice in advance of any travel outside of Nevada and California and defendant must provide Pretrial Services an itinerary for any such travel outside of Nevada and California."

Counsel for the Defendant and the United States have consulted with Ms. Caldwell's Pre-Trial Services Officer, Jessie Moorehead, who has no objection to the modification and Mr. Burton hereby defers to Pre-Trial Services discretion.

DATED: October 21, 2020.

| | |
|---|---|
| /s/ Christopher Burton | /s/ Maysoun Fletcher |
| **Christopher Burton, Esq.** | **Maysoun Fletcher, Esq.** |
| Assistant United States Attorney | 5510 South Fort Apache Road |
| 501 Las Vegas Boulevard South #500 | Las Vegas, Nevada 89148 |
| Las Vegas, Nevada 89101 | Attorney for Defendant, Erica Caldwell |

## ORDER

IT IS HEREBY ORDERED that Ms. Caldwell's conditions of pre-trial release (ECF No. 20) are modified by replacing Condition No. 20 with the following language: "Travel is restricted to the states of Nevada and California, unless pre-approved by Pre-Trial Services. Pre-Trial Services requires one-week notice in advance of any travel outside of Nevada and California and defendant must provide Pre-Trial Services an itinerary for any such travel outside of Nevada and California."

IT IS SO ORDERED.

DATED this 21st day of October, 2020.

_____
U.S. MAGISTRATE JUDGE