UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERICA CALDWELL,

Defendant.

Case No. 2:17-cr-00221-JAD-EJY

**ORDER**

Pending before the Court is the Motion for Appointment of Counsel.  ECF No.  376.  The Court reviewed the Motion and the financial affidavit filed under seal.  The Court finds Defendant qualifies for appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that the Motion for Appointment of Counsel (ECF No. 376) is GRANTED.

IT IS FURTHER ORDERED that the appointment of Maysoun Fletcher as counsel for Defendant is approved.

Dated this 8th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE